1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FABRITEX, INC., a California Corporation,<br><br>            Plaintiff,<br><br>  vs.<br><br>TARGET CORPORATION, a Minnesota Corporation; MOSSIMO, INC., a Delaware Corporation; and DOES 1-10, inclusive,<br><br>            Defendant | CASE NO.: 2:15-cv-08231-AB (JPRx)<br><br>**[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>**Hon. André Birotte Jr.** |
| FABRITEX INC., a California Corporation,<br><br>            Plaintiff,<br><br>  vs.<br><br>TOPSON DOWNS OF CALIFORNIA, INC., a California Corporation; and DOES 1-10, inclusive,<br><br>            Defendant. | CASE NO.:  2:15-cv-05497-AB (JPRx) |

1       IT IS HEREBY ORDERED that this entire action, and all of the claims asserted
2 therein, be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a) and (c).  Each
3 party shall bear their own attorneys' fees and costs associated with this action.

4

5

6 DATE:     January 31, 2017     By: _____
7                                              Hon. André Birotte Jr.
                                             **United States District Judge**